**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT TOMAS VASQUEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>SANTA CLARA COUNTY BOARD<br>OF SUPERVISORS, et al.,<br><br>    Defendants. | No. C 06-02984 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE CERTIFICATE OF FUNDS<br><br>(Docket No. 16) |

Plaintiff's request for an extension of time to file the completed Certificate of Funds in Prisoner's Account by an authorized prison official (Docket No. 16) is GRANTED. Plaintiff is directed to pay the full filing fee or submit the completed Certificate within **thirty (30) days** of this order. **Failure to respond in accordance with this order will result in the dismissal of this action without further notice.**

DATED:    June 19 2007

*James Ware*
JAMES WARE
United States District Judge

Order Granting Extension of Time
P:\PRO-SE\SJ.JW\CR.06\Vasquez2984.ext-ifp.wpd