IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT TOMAS VASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>SANTA CLARA COUNTY BOARD OF SUPERVISORS, et al.,<br><br>Defendants. | No. C 06-02984 JW (PR)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br><br>(Docket No. 34) |

For good cause appearing, defendants' motion for an extension of time to file a motion for summary judgment (Docket No. 34) is GRANTED. Defendants shall file a motion for summary judgment or other dispositive motion **no later than May 15, 2008**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on defendants no later than **forty-five (45) days** from the date defendants' motion is filed. Defendants shall file a reply brief no later than **fifteen (15) days** after plaintiff's opposition is filed.

DATED: January 14, 2008

JAMES WARE
United States District Judge

Order Granting Extension of Time
P:\PRO-SE\SJ.JW\CR.06\Vasquez2984.eot_disp.wpd